# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANK DEAN ATHERTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 18-CV-1177-SMY-GCS |
| JOHN BALDWIN et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter came before the Court for Final Pretrial Conference on October 23, 2019 during which the Court addressed and ruled on Defendants' Motion to Enforce Settlement (Doc. 87). For good cause shown and for the reasons stated on the record, Defendants' Motion is **GRANTED**. Accordingly, it is hereby **ORDERED**:

1. By November 23, 2019, Plaintiff, through counsel, shall return the fully executed Settlement Agreement to Defendants' counsel by November 23, 2019.

2. On November 23, 2019 or earlier, Defendants shall file a status report advising the Court whether the executed Settlement Agreement has been received from Plaintiff.

Plaintiff is **WARNED** that the failure to execute and tender the Settlement Agreement by November 23, 2019 will result in dismissal of this case with prejudice for failure to comply with the orders of this Court. The Final Pretrial Conference and Jury Trial dates are hereby **VACATED**.

**IT IS SO ORDERED.**

**DATED: October 25, 2019**

**STACI M. YANDLE**
**United States District Judge**